```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 26710
   NADINE B TANKSON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3820
```

---
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   The case was filed on 07/19/2004 and was confirmed 09/08/2004.

   The plan was confirmed to pay secured creditors 100% and unsecured creditors 10.89%.

   The case was paid in full 06/17/2008.

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| FAIRLANE CREDIT LLC | SECURED | 9000.00 | 1316.76 | 9000.00 |
| FAIRLANE CREDIT LLC | UNSECURED | 9771.97 | .00 | 1064.46 |
| ROBERT J ADAMS & ASSOC | PRIORITY | NOT FILED | .00 | .00 |
| AT & T WIRELESS | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 1449.44 | .00 | 157.89 |
| PROVIDAN BANCORP | UNSECURED | NOT FILED | .00 | .00 |
| THE BOYD LAW FIRM | UNSECURED | 7361.20 | .00 | 801.86 |
| ROBERT J ADAMS & ASSOC | REIMBURSEMENT | 210.00 | .00 | 210.00 |
| ILLINOIS DEPT OF REVENUE | PRIORITY | 716.28 | .00 | 716.28 |
| ILLINOIS DEPT OF REVENUE | UNSECURED | 749.48 | .00 | 81.64 |
| ROBERT J ADAMS & ASSOC | DEBTOR ATTY | 2,200.00 | | 2,200.00 |
| TOM VAUGHN | TRUSTEE | | | 951.17 |
| DEBTOR REFUND | REFUND | | | 421.70 |

         Summary of Receipts and Disbursements:

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 16,921.76 | |
| PRIORITY | | 926.28 |
| SECURED | | 9,000.00 |
|    INTEREST | | 1,316.76 |
| UNSECURED | | 2,105.85 |
| ADMINISTRATIVE | | 2,200.00 |
| TRUSTEE COMPENSATION | | 951.17 |
| DEBTOR REFUND | | 421.70 |
| TOTALS | 16,921.76 | 16,921.76 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 26710 NADINE B TANKSON

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```

```
                        PAGE   2
    CASE NO. 04 B 26710 NADINE B TANKSON
```